PS 8
(3/15)

Case 2:15-cr-00012-SAB   Document 21   Filed 04/03/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2015

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| U.S.A. vs. | Jacobs, Anthony Ryan | Docket No. | 0980 2:15CR00012-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Stephanie N. Cherney, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Anthony Ryan Jacobs, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 4th day of March 2015 under the following conditions:

**Condition # 9:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: The defendant tested presumptive positive for amphetamines on March 27, 2015.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   April 3, 2015

by   s/Stephanie Cherney

Stephanie N. Cherney
U.S. Pretrial Services Officer

PS-8

Re: Jacobs,, Anthony Ryan
April 3, 2015
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

April 3, 2015
_____
Date