UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANTHONY RYAN JACOBS,<br><br>  Defendant. | No. 2:15-CR-012-SAB<br><br>ORDER GRANTING MOTION TO MODIFY AND MOTION TO EXPEDITE |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release, ECF No. 62, and Motion to Expedite, ECF No. 63.

Defendant's Motion to Expedite, **ECF No. 63**, is **GRANTED**.

Defendant seeks to transition from the Clackamas County Correction Center to New Life Transitions, a clean and sober living house, on Friday, November 13, 2015.

The Court has orally received confirmation that the U.S. Attorney does not object to this request. The U.S. Probation Office has filed a status report indicating the clean and sober living facility has been investigated and approved by the supervising U.S. Probation Office in Oregon.

Accordingly,

**IT IS ORDERED** Defendant's Motion, **ECF No. 62,** is **GRANTED.** Defendant may reside at the New Life Transitions clean and sober living facility approved by the U.S. Probation Office as of November 13, 2015.

All other terms and conditions of pretrial release not inconsistent herewith

ORDER ~ 1

shall remain in full force and effect.

DATED November 12, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2