UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>ANTHONY RYAN JACOBS,<br><br>     Defendant. | NO.  2:15-cr-00012-SAB<br><br>PRELIMINARY ORDER OF FORFEITURE |

**IT IS HEREBY ORDERED:**

As the result of the Defendant's guilty plea to Count 3 of the Indictment charging Defendant with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2), for which the United States sought forfeiture of assets pursuant to 18 U.S.C. § 2253, Defendant, ANTHONY RYAN JACOBS, shall forfeit to the United States any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property.

The Court has determined, based upon the Defendant's plea agreement, that the following assets are subject to forfeiture pursuant to 18 U.S.C. § 2253, and that the United States has established the requisite nexus between the following listed assets  and such offense(s):

1) Acer desktop computer bearing S/N: PTSGM02002126034373000;

PRELIMINARY ORDER OF FORFEITURE ~ 1

2)  Xbox 360 with cables bearing S/N 461453504705;

3)  Xbox 360 Sandisk 8GB Thumb Drive bearing S/N: 4526920C8D22F479; and

4)  PS3 Playstation bearing S/N: AC616032464-CECH-4201A.

Upon the issuance of a Preliminary Order of Forfeiture and pursuant to Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, authorized under 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253, and Fed. R. Crim. P. 32.2(b)(6)(C), the United States is not required to publish notice of this order because the forfeitable assets are worth less than $1,000.00. Defendant stipulated in his plea agreement that he is the sole owner of the assets and that no one else has an interest in the assets, and the United States Secret Service has not identified any additional owners or potential claimants; therefore, the United States will not provide direct notice of this order. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment. If no claims are filed, the United States will file a motion for an order declaring the preliminary order of forfeiture final.

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Fed. R. Crim. P. 32.2(c)(2), Rule G(5) and 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 2253, for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

PRELIMINARY ORDER OF FORFEITURE ~ 2

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 21st day of December, 2015.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

PRELIMINARY ORDER OF FORFEITURE ~ 3