PROB 12C
(6/16)

Report Date:  February 13, 2020

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2020

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ryan Jacobs          Case Number: 0980 2:15CR00012-SAB-1

Address of Offender:                                         , Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 21, 2016

Original Offense:          Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2),(b)(1)

Original Sentence:         Prison - 60 months;              Type of Supervision: Supervised Release
                           TSR - 120 months

Asst. U.S. Attorney:       James Goeke                      Date Supervision Commenced: May 31, 2019

Defense Attorney:          Federal Defenders Office         Date Supervision Expires: May 30, 2029

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15:**  The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence. |

**Supporting Evidence:** Mr. Anthony Jacobs admitted to the use of methamphetamine on or about January 12 and 13, 2020.

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

On January 15, 2020, the offender reported to the U.S. Probation Office to meet with this officer in order to discuss having him schedule his next maintenance polygraph, amongst other issues.  Following our meeting, Mr. Jacobs was notified that he would need to submit to random urinalysis testing.

The offender eventually submitted to testing and provided a urine sample that was presumptive positive for methamphetamine.  Mr. Jacobs eventually admitted to the use of

Prob12C
**Re: Jacobs, Anthony Ryan**
**February 13, 2020**
**Page 2**

methamphetamine beginning on January 12 through January 13, 2020. He signed an admission of use form confirming that use.

2          **Special Condition #15:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence.

**Supporting Evidence:** Mr. Anthony Jacobs admitted to the use of methamphetamine on or about February 1, 2020, as well as the use of codeine on or about February 3, 2020.

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On February 7, 2020, the offender reported to the U.S. Probation Office to discuss notification this officer received from Lawrence Kuciemba, Certified Polygraphist, advising that he had failed to report for his scheduled polygraph. Following our meeting, Mr. Jacobs was notified that he would need to submit to random urinalysis testing.

Prior to providing a urine sample, Mr. Jacobs admitted to the use of methamphetamine on or about February 1, 2020. He also admitted to the use of codeine, which he confirmed was not prescribed for him, on or about February 3, 2020; the offender signed an admission of use form confirming those admissions.

3          **Special Condition #19:** You shall have no contact with any child under the age of 18, without the presence of an adult and approved in advance by the supervising officer. You shall immediately report any unauthorized contact with minor-aged children to the supervising officer.

**Supporting Evidence:** On February 7, 2020, Mr. Anthony Jacobs submitted to a maintenance polygraph and admitted to having contact with his ex-girlfriend's minor children, without the approval of the undersigned officer.

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

Following our meeting on February 7, 2020, this officer received a report from Mr. Kuciemba regarding the most recent maintenance polygraph Mr. Jacobs had submitted to earlier that day. According to the report, "(Anthony Jacobs) states that he has physical contact with Anna's minor-age children. He states that he held them and also talked to them. He denies that he was involved in the children's hygiene."

While this officer was aware that Mr. Jacobs was dating a woman with two minor children, named Anna, this officer had reiterated for the offender on multiple occasions that he remained prohibited from having any contact with her children.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Jacobs, Anthony Ryan**
**February 13, 2020**
**Page 3**


I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/13/2020
_____

s/Amber M. K. Andrade
_____

Amber M. K. Andrade
U.S. Probation Officer


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

_Stanley A. Bastian_
_____

Signature of Judicial Officer

2/14/2020
_____

Date