PROB 12C
(6/16)

Report Date:  March 17, 2020

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2020

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ryan Jacobs          Case Number: 0980 2:15CR00012-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 21, 2016

Original Offense:          Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1)

Original Sentence:      Prison - 60 months          Type of Supervision: Supervised Release
                        TSR - 120 months

Asst. U.S. Attorney:    James Goeke               Date Supervision Commenced: May 31, 2019

Defense Attorney:       Matthew A. Campbell        Date Supervision Expires: May 30, 2029

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/13/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #15:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Anthony Jacobs failed to submit to urinalysis testing as required  on March 2, 2020.

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.

On March 2, 2020, the offender reported to the U.S. Probation Office to meet with this officer as instructed.  At that time, the undersigned explained that he had been instructed to report to the office because he did not look well during his last home visit on February 27, 2020.  The offender insisted he was merely tired and stressed.  When this officer informed Mr. Jacobs that he would need to submit to random urinalysis testing, he stated he could not use the bathroom and had to leave immediately in order to take his girlfriend to an appointment with her obstetrician/gynecologist.

The offender subsequently left without submitting to urinalysis testing.

Prob12C
**Re: Jacobs, Anthony Ryan**
**March 17, 2020**
**Page 2**

5          **Special Condition #15:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Anthony Jacobs failed to submit to phase urinalysis testing as required on March 12, 2020.

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On March 12, 2020, Mr. Jacobs stalled after being informed by staff at Pioneer Human Services (PHS) that he would need to submit to urinalysis testing as an element of his substance abuse assessment. He subsequently left without providing a urine sample.

6          **Special Condition #15:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 13, 2020, Anthony Jacobs admitted to the use of methamphetamine and heroin on or about March 13, 2020.

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The offender failed to submit to urinalysis testing at PHS on March 12, 2020, therefore, he was instructed to report to the U.S. Probation Office on March 13, 2020. On that date, the offender was subject to random urinalysis testing, however, prior to providing a urine sample, Mr. Jacobs admitted to the use of methamphetamine and heroin on the morning of March 13, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/17/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

**Prob12C**
**Re: Jacobs, Anthony Ryan**
**March 17, 2020**
**Page 3**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

    3/17/2020
_____
Date