PROB 12C
(6/16)

Report Date: March 26, 2020

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Ryan Jacobs | Case Number: 0980 2:15CR00012-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 21, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | May 31, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | May 30, 2029 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/13/2020 and 03/17/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #17**: You shall reside in a residential reentry center (RRC) for a period up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: On March 23, 2020, Anthony Jacobs failed to report to the residential reentry center (RRC) for placement as scheduled.<br><br>On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>After admitting the use of methamphetamine and heroin on March 13, 2020, Mr. Jacobs requested that this officer consider temporarily placing him at the RRC "to get (his) head straight again." In an effort to provide him with additional resources and offer him increased accountability, this officer agreed and placement at the RRC was requested for Mr. Jacobs.<br><br>On March 17, 2020, the undersigned officer received notification from the Bureau of Prisons advising that the offender's placement at the Spokane RRC would be effective March 23, 2020. This officer contacted Mr. Jacobs that same date to instruct him to report to the RRC on March 23, 2020. |

Prob12C
**Re: Jacobs, Anthony Ryan**
**March 26, 2020**
Page 2

On March 24, 2020, the undersigned received notification from the RRC that Mr. Jacobs failed to report as instructed.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/26/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/27/2020
Date