PROB 12C
(6/16)

Report Date: June 8, 2020

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Jun 08, 2020**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Ryan Jacobs | Case Number: 0980 2:15CR00012-SAB-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 21, 2016

Original Offense:    Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: May 31, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: May 30, 2029 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/13/2020, 03/17/2020 and 03/26/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: On May 15, 2020, Anthony Jacobs traveled to Idaho without requesting prior authorization.<br><br>On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.<br><br>On May 16, 2020, Mr. Jacobs sent this officer a text message advising of police contact the day prior, at which time he was ticketed because his vehicle registration was expired. Although he advised of law enforcement contact, the offender failed to mention in the text message that he had been stopped and ticketed in Kootenai County, Idaho.<br><br>On May 21, 2020, when this officer was finally able to speak with the offender about the situation, he stated he "didn't think it was a big deal," because he was "just going to get cigarettes." |

Prob12C
**Re: Jacobs, Anthony Ryan**
**June 8, 2020**
**Page 2**

    Mr. Jacobs did not request, nor did he receive, authorization to travel outside the assigned judicial district.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 06/08/2020 |
| | s/Amber M.K. Andrade |
| | Amber M. K. Andrade<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

6/8/2020
Date