PROB 12C
(6/16)

Report Date: July 28, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Anthony Ryan Jacobs | Case Number: 0980 2:15CR00012-SAB-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 21, 2016

Original Offense:   Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2), (b)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: May 31, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: June 17, 2030 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On June 19, 2020, Anthony Jacobs failed to participate in his individual substance abuse treatment session as required.<br><br>On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence.  He signed the judgment acknowledging the requirements.<br><br>On June 20, 2020, the undersigned officer received notification from Pioneer Human Services ( PHS) that the offender failed to report for his scheduled individual substance abuse treatment session on June 19, 2020.  According to PHS, three attempts were made to contact Mr. Jacobs (two telephone calls and an email). |

Prob12C
**Re: Jacobs, Anthony Ryan**
**July 28, 2020**
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On June 22, 2020, Anthony Jacobs failed to attend substance abuse treatment as required.

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On June 23, 2020, the undersigned officer received notification from PHS that the offender failed to report for group substance abuse treatment on June 22, 2020, as scheduled.

3      **Special Condition #20**: You shall not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.

**Supporting Evidence**: On July 16, 2020, the undersigned officer received notification, from Child Protective Services (CPS), that Mr. Jacobs had been staying in the pediatric unit of the hospital without prior authorization.

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On July 16, 2020, this officer was contacted by an investigator with CPS; she informed the undersigned officer that her agency had become involved because Mr. Jacobs' child had been exposed to heroin.

During that conversation, the investigator stated that hospital staff was unaware that the offender was a registered sex offender until notified by CPS. She advised they were extremely concerned by that revelation considering that the offender had spent a few nights in the pediatric unit of the hospital.

It should be noted, Mr. Jacobs did not request, nor receive, authorization to loiter or spend the night in the pediatric unit of the hospital.

4      **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 20, 2020, Anthony Jacobs admitted to the use of methamphetamine on or about July 19, 2020.

Prob12C
**Re: Jacobs, Anthony Ryan**
**July 28, 2020**
**Page 3**

On May 31, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Jacobs, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On July 21, 2020, the undersigned officer received notification from PHS that Mr. Jacobs submitted to random urinalysis testing on July 20, 2020, and the urine sample he provided tested presumptively positive for methamphetamine.

This officer contacted Mr. Jacobs that same day to discuss the information received from PHS and he admitted to the use of methamphetamine on or about July 19, 2020. This was quite concerning considering the offender was scheduled to participate in a team meeting with Child Protective Services (CPS) on July 20, 2020. The offender stated to this officer that he "didn't think (he) would be tested on Monday."

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/28/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/28/2020
Date